# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2019

SEAN F. McAVOY, CLERK

BARBARA C.,

)
)
*Plaintiff*                                )
v.                                    )      Civil Action No.   4:19-CV-5024-EFS
ANDREW M. SAUL, Commissioner of Social Security,    )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐    the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐    the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑    other:   Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐    tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐    tried by Judge _____ without a jury and the above decision
was reached.

☑    decided by Judge   Edward F. Shea _____ on Motions for Summary Judgment
(ECF Nos. 14 and 15).

Date:   November 25, 2019 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Penny Lamb _____
*(By) Deputy Clerk*

Penny Lamb _____